IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Unseld, Thomas | Case Number: 05 B 16634 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 02/24/09 | Filed: 4/27/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 5, 2009
Confirmed: June 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,243.90 |  |
| Secured: |  | 13,220.34 |
| Unsecured: |  | 4,790.43 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 1,132.15 |
| Other Funds: |  | 200.98 |
| Totals: | 21,243.90 | 21,243.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,900.00 | 1,900.00 |
| 2. | ICUL Services Corporation | Secured | 13,220.34 | 13,220.34 |
| 3. | Asset Acceptance | Unsecured | 66.97 | 66.97 |
| 4. | ICUL Services Corporation | Unsecured | 2,761.97 | 2,761.97 |
| 5. | Peoples Energy Corp | Unsecured | 64.78 | 36.03 |
| 6. | Cavalry Portfolio Services | Unsecured | 139.89 | 139.89 |
| 7. | National Capital Management | Unsecured | 131.82 | 131.82 |
| 8. | Commonwealth Edison | Unsecured | 187.35 | 187.35 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 1,114.44 | 1,114.44 |
| 10. | RoundUp Funding LLC | Unsecured | 128.40 | 128.40 |
| 11. | Jefferson Capital | Unsecured | 223.56 | 223.56 |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | Auto Capital Enterprise | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | Clerk of The Circuit Court (Co | Unsecured | | No Claim Filed |
| 16. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 18. | HSBC Bank USA | Unsecured | | No Claim Filed |
| | | | $ 19,939.52 | $ 19,910.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Unseld, Thomas

Printed: 02/24/09

Case Number:  05 B 16634
Judge: Goldgar, A. Benjamin
Filed:  4/27/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 53.67 |
| 5.5% | 233.68 |
| 5% | 78.26 |
| 4.8% | 139.55 |
| 5.4% | 292.00 |
| 6.5% | 212.15 |
| 6.6% | 122.84 |
|  | $ 1,132.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

